

**NUMBER 13-09-00530-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**NEHEMIAS LUCIO,** **APPELLANT,**

**v.**

**MANUEL FLORES FEDERICO RAMOS,** **APPELLEE.**

---

**On Appeal from the County Court at Law No. 1
of Cameron County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Benavides, and Vela
Memorandum Opinion Per Curiam**

The appellant's brief in the above cause was due on October 15, 2009. On October 23, 2009, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this

letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the 17th
day of December, 2009.